UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv537
(3:04cr186)

| | |
|---|---|
| JEFFREY S. EVANS,<br>    Petitioner, | )<br>)<br>) |
| v. | )   O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

THIS MATTER is before this Court on the government's third Motion for Extension of Time filed on April 7, 2008. (Doc. No. 7).

The government requests an extension of time to file an answer due to an unusually heavy workload in this Court and appellate briefs due in the Fourth Circuit Court of Appeals. The Court finds that the government has established good cause for the extension of time to file an answer to petitioner's allegations. However, the Court cautions that no further extensions of time will be granted.

**IT IS, THEREFORE, ORDERED** that the government's Motion for an Extension of Time (Doc. No. 7) is **GRANTED**, and the government shall file its response on or before April 28, 2008.

Signed: April 8, 2008

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge