UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv537
(3:04cr186)

| | | |
|---|---|---|
| JEFFREY S. EVANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R and NOTICE |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court upon Respondent's Motion for Summary Judgment,

(Doc. No. 10), filed on April 28, 2008.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises

Petitioner, who is proceeding pro se, of the heavy burden that he carries in responding to

Respondent's Motion for Summary Judgment.

Rule 56(e), Federal Rules of Civil Procedure, provides:

When a motion for summary judgment is made and supported as provided in this rule,
an adverse party may not rest upon the mere allegations or denials of the adverse
party's pleading, but the adverse party's response, by affidavits or as otherwise
provided by this rule, must set forth specific facts showing that there is genuine issue
for trial. If the adverse party does not so respond, summary judgment, if appropriate,
shall be entered against the adverse party.

This language means that if the Petitioner has any evidence to offer to show that there is a

genuine issue for trial, he must now present it to this Court in a form which would otherwise be

admissible at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written

statement sworn before a notary public. An unsworn statement, made and signed under the penalty

of perjury, may also be submitted. Affidavits or sworn statements must be presented by Petitioner to this Court within thirty (30) days of the entry of this Order. <u>As stated by Rule 56(e), Petitioner's failure to respond may result in granting summary judgment to Respondent, that is, the dismissal of the Motion to Vacate with prejudice</u>.

**IT IS, THEREFORE, ORDERED** that Petitioner has thirty (30) days from the entry of this Order to file his response, including any evidence, to Respondent's Motion for Summary Judgment.

The Clerk is directed to send copies of this Order and Notice to the parties, including Jeffrey Evans, No. 20123-058, Estill Correctional Institution, Inmate Mail/Parcels, P.O. Box 699, Estill, South Carolina 29918-0699.

Signed: May 6, 2008

Robert J. Conrad, Jr.
Chief United States District Judge